The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL BURNHAM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | No. 2:22-cv-00613-KKE<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, MICHAEL BURNHAM, individually and on behalf of all others similarly situated (the "Plaintiff") and Defendant, T-MOBILE USA, INC. (the "Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action in its entirety, without prejudice.

DATED November 2, 2023.

| | |
|---|---|
| *Attorney For Plaintiff and the Putative Class and Collective* | *Attorneys for Defendant T-Mobile, USA Inc.* |

By *s/ Lance Loyd*
Lance Loyd
Lance Loyd Attorney At Law
PO Box 77
Fox Island, WA 98333
Tel: 210-213-2464

By *s/ Matthew S. Parmet*
Matthew S. Parmet (PHV)
Parmet PC
2 Greenway Plaza, Ste 250
Houston, TX 77046
Tel: 713-999-5228

Andrew R Frisch (PHV)
Morgan & Morgan PA
8151 Peters Road Ste 4000
Plantation, FL 33324
Tel: 954-327-5355

By *s/ Fred B. Burnside*
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA #32491
Arthur A. Simpson, WSBA #44479
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
E-mail: steverummage@dwt.com
　　　　 fredburnside@dwt.com
　　　　 arthursimpson@dwt.com

By *s/ Paul J. Scheck*
Mary Ruth Houston (PHV)
Paul J Scheck (PHV)
Shutts & Bowen LLP (Orlando)
300 S Orange Ave
Suite 1600
Orlando, FL 32801
Tel: 407-423-3200